

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LEONARDO CARO TERRAZAS, ASELMO PARRA CASTILLO, | § | |
| ANTIONIO BOJORQUEZ ROSAS, CARLOS ARTURO CEVANTES | § | |
| HERNANDEZ, CESAR QUINTANA MARTINEZ, BERNARDO CARO | § | |
| MONGES, GANADERA SANTA SOFIA, HECTOR HUGO VARGAS VASQUEZ, | § | |
| INTERGANADERA FAMFLO S.P.R. de R.L. de C.V., JESUS IGNACIO | § | No. 08-19-00206-CV |
| ARMENDARIZ TORRES, JESUS MENDOZA ROMERO, JESUS | § | Appeal from the |
| MANUEL PARRA CHAVEZ, JOSE G. VILLALOBOS VILLALOBOS, | § | 327th District Court |
| MANUEL ARMANDO GONZALEZ CARMONA, NICOLAS | § | of El Paso County, Texas |
| CAROTERRAZAS, OSCAR TENA LOCANO, OSCAR CHACON | § | (TC# 2016DCV4635) |
| HERRERA, RAFAEL RUIZ HERNANDEZ, RANCHO LOS | § | |
| TATOLEROS S.P.R. de R.L. de C.V., ROGELIO CAMACHO ARMENDARIZ, | § | |
| SOCORRO MONTES VARGAS, RANCHO BLANCO DE CHAVEZ, | § | |
| AGRICOLA Y GANDERA ZAZUETA S.A. de C.V., CANDELARIO MOLINA | § | |
| RETANA, CARLOS DUARTE VILLA, GELACIO LECHUGA VALDEZ, JOSE | § | |
| MIGUEL NEVAREZ, JUAN MANUEL MENDOZA, JESUS PESQIERA | § | |
| GASELUM, EUGENIO RIVERA TENA, AGRICOLA GANADERA LOS | § | |
| MOLINAS, ADAN HERNANDEZ DIAZ, ALEJANDRO PORRAS DUARTE, | § | |

ANDREA VALLES VACA,                        §
CANDELARIO MOLINA RETANA,
CARLOS DUARTE VILLA, CORNELIO              §
RIVERA RIVAS, ERNESTO MERAZ
OLIVAS, FRUTI GANA-DERA de RL de           §
CV, GANADERA DOBLE O,
GERARDO GARCIA ANAYA,                      §
GUILLERMO OLIVAS RODRIGUEZ
DE LOS DOS, JOSE ANTONIO MERAZ             §
OLIVAS, JOSE MARTA MERAZ
HERNANDEZ, JUAN JOSE GARCIA                §
VALDEZ, LEONARDO CARO
TERRAZAS, LUIS ARMANDO                     §
ESTRADA CASTELLANOS, ROGELIO
CAMACHO, SERGIO SOLIS CHAVEZ,              §
and SERGIO VILLALOBOS,
                                           §
        Appellants,
                                           §
v.
                                           §
SIMON CHAVEZ a/k/a SIMON
CHAVEZ DE PABLO, individually and          §
d/b/a 24 TRADING CO., ALVARO
BUSTILLOS, and VAQUERO                      §
TRADING, L.L.C.,
                                           §
        Appellees.
                                           §

## MEMORANDUM OPINION

On July 31, 2019, Appellants filed a late notice of appeal in this case, but within the 15-day grace period provided by TEX.R.APP.P. 26.3. We treated the late notice as having been accompanied by an implied motion for extension of time to file the notice of appeal and asked Appellants to provide an explanation for the filing delay. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellants subsequently filed a verified motion for extension of time to file a late notice of appeal, which the Court granted. Appellants have now filed a motion to dismiss the appeal under TEX.R.APP.P. 42.1(a)(1), stating that they no longer wish to pursue this appeal.

2

The motion to dismiss is unopposed.

We grant the Appellants' motion and dismiss the appeal. Costs of the appeal are taxed against the Appellants. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

September 25, 2019

Before Rodriguez, J., Palafox, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge), sitting by assignment